UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL JONES,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 21-cv-897-JPG
Criminal No 18-cr-40077-JPG

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Michael Jones's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Michael Jones, and that this case is dismissed with prejudice.

**DATED: October 3, 2022**        MONICA A. STUMP, Clerk of Court

                                                        s/Tina Gray, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**